UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE CORZINE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYTAG CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.　15-cv-05764-BLF<br><br>**ORDER ADVANCING HEARING ON DEFENDANTS' MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE TO MAY 26, 2016**<br><br>[Re: ECF 30] |

　　　　The Court ADVANCES the hearing on Defendants' motion to dismiss and ADVANCES the parties' case management conference from June 2, 2016 to May 26, 2016 at 9 a.m.  The parties shall file a joint case management statement by May 20, 2016.

　　　　**IT IS SO ORDERED.**

Dated: May 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge