# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JULIE CORZINE,

    Plaintiff,

v.

MAYTAG CORPORATION, et al.,

    Defendants.

Case No.  15-cv-05764-BLF

**ORDER MODIFYING CASE SCHEDULE**

[Re: ECF 50]

Based on the parties' joint submission regarding pretrial scheduling, the Court is persuaded that additional time is necessary for the parties to conduct reasonable discovery in advance of filing a motion for class certification.  Insofar as the trial date is in mid-2018, no prejudice will result from granting Defendant's request to continue the hearing date for class certification.  Therefore, the Court CONTINUES the Class Certification Hearing to May 11, 2017 at 9:00 a.m.  The parties are ORDERED to meet, confer and file a stipulated proposed schedule regarding dates and deadlines to trial by June 24, 2016 that includes this modification.  Based on this ruling, no additional scheduling conference is necessary.

**IT IS SO ORDERED.**

Dated: June 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge