# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JULIE CORZINE,

    Plaintiff,

v.

MAYTAG CORPORATION, et al.,

    Defendants.

Case No. 15-cv-05764-BLF

**ORDER SETTING CASE SCHEDULE**

[Re: ECF 54]

The Court SETS the following case schedule:

| EVENT | DATE/DEADLINE |
|---|---|
| Deadline for Plaintiff to File Amended Complaint | July 8, 2016 |
| Initial Disclosures | July 15, 2016 |
| Last Day to Amend Pleadings | November 2, 2016 |
| Plaintiff's Class Certification Expert Disclosures | January 12, 2017 |
| Defendant's Class Opposition Expert Disclosures | February 16, 2017 |
| Deadline for Plaintiff to File Motion for Class Certification | March 2, 2017 |
| Deadline for Defendant to File Opposition to Motion for Class Certification | April 6, 2007 |
| Deadline for Plaintiff to File Reply in Support of Motion for Class Certification | April 27, 2016 |
| Hearing on Class Certification Motion | May 11, 2017, 9:00 a.m. |
| Fact Discovery Cutoff | November 16, 2017 |
| Deadline to Exchange Initial Expert Designations | December 14, 2017 |
| Deadline to Exchange Rebuttal Expert Designations | January 11, 2018 |
| Expert Deposition Cutoff | February 8, 2018 |
| Mediation Cutoff | March 1, 2018 |
| Deadline to File Dispositive Motions | March 8, 2018 |
| Deadline to File Opposition to Dispositive Motions | April 5, 2018 |
| Deadline to File Replies in Support of Dispositive Motions | April 19, 2018 |
| Last Day for Hearings on Dispositive Motions | May 3, 2018, 9:00 a.m. |
| Exchange Trial Exhibit List, Demonstrative Exhibits, Witness List and Depo/Written Discovery Designations | June 7, 2018 |
| Exchange Proposed Statement of the Case, Voir Dire, Jury Instructions and Verdict Form | June 14, 2018 |

| | |
|---|---|
| Exchange Objections to Trial Exhibit List, Demonstrative Exhibits, Witness List, Designations and Counter Depo/Written Discovery Designations | June 21, 2018 |
| Exchange Objections to Proposed Statement of the Case, Voir Dire, Jury Instructions and Verdict Form | June 28, 2018 |
| Last Day to Meet and Confer for Joint Final Pretrial Conference Statement and Proposed Order | July 5, 2018 |
| Last Day to File Joint Final Pretrial Conference Statement and Proposed Order | July 12, 2018 |
| Last Day to File Motions in Limine | July 12, 2018 |
| Last Day to File Motion in Limine Oppositions | July 19, 2018 |
| Last Day to File Proposed Statement of the Case, Voir Dire, Jury Instructions and Verdict Forms | July 19, 2018 |
| Final Pretrial Conference | July 26, 2018, 1:30 p.m. |
| Last Day to File Trial Briefs and Stipulations | August 13, 2018 |
| Lodge Trial Materials with Court | August 16, 2018 |
| Trial | August 20, 2018, 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge