Graham B. LippSmith, SBN 221984
glippsmith@klwtlaw.com
Celene Chan Andrews, SBN 260267
candrews@klwtlaw.com
Jaclyn L. Anderson, SBN 258609
janderson@klwtlaw.com
Frank A. Perez, SBN 305832
fperez@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, California 90012
Tel: 213-254-4800
Fax: 213-254-4801

Attorneys for Plaintiffs

Andrew M. Unthank (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: unthank@wtotrial.com

Attorneys for Defendant
Whirlpool Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE CORZINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:15-cv-05764-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFYING PROVISIONAL SETTLEMENT CLASS, APPOINTING SETTLEMENT CLASS COUNSEL, SETTING HEARING ON FINAL APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR**

**MOTION FOR PRELIMINARY APPROVAL AND**

**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Pursuant to Civil L.R. 6-1(b) and 6-2, this joint stipulation to shorten time for hearing: (1) Plaintiff's unopposed Motion for Order Granting Preliminary Approval of Settlement, Certifying Provisional Settlement Class, Appointing Settlement Class Counsel, Setting Hearing on Final Approval of Settlement, and Directing Notice to the Class ("Motion for Preliminary Approval") and (2) Plaintiff's unopposed Motion for Leave to File Third Amended Complaint is made and entered into between Plaintiff Julie Corzine ("Plaintiff"), individually and on behalf of a nationwide Class, and Defendant Whirlpool Corporation ("Defendant") (collectively "Settling Parties") as follows:

**WHEREAS** in May 2018, the Settling Parties negotiated and agreed to a settlement that, if approved by the Court, will provide the proposed Class with non-defective replacement parts and reimbursement for costs of repair for past and future leaks as more fully set forth in the unopposed Motion for Preliminary Approval;

**WHEREAS** the Court stayed this action pending the Ninth Circuit's *en banc* review of its decision in *In re Hyundai and Kia Fuel Economy Litigation*, 881 F.3d 679 (9th Cir. Jan. 23, 2018), which concerned the appropriate choice-of-law analysis a district court must conduct as part of the preliminary approval of nationwide class settlement of consumer protection claims (see ECF No. 100);

**WHEREAS** on June 6, 2019, the Ninth Circuit decided and published its *en banc* opinion, *Espinosa v. Ahearn (In re Hyundai & Kia Fuel Econ. Litig.),* Nos. 15-65014, 15-56025, 15-56059, 15-56061, 15-56067, 2019 U.S. App. LEXIS 17047 (9th Cir. June 6, 2019);

**WHEREAS** on or about July 8, 2019, concurrent with the filing of this Stipulation and Proposed Order, Plaintiff filed its Motion for Preliminary Approval and Motion for Leave to File Third Amended Complaint;

**WHEREAS** no later than July 15, 2019, Whirlpool will file its memorandum in support of the Motion for Preliminary Approval;

**WHEREAS** the allegations against Whirlpool in the operative Second Amended Complaint pertain only to a California class of individuals, whereas the Settlement Agreement anticipates releasing claims made on behalf of a nationwide class;

**WHEREAS** the proposed Third Amended Complaint amends the class definition in order to mirror the nationwide class definition in the Settlement Agreement and adds a cause of action for violation of the Magnuson-Moss Warranty Act to cover non-California implied warranty of merchantability claims released in the Settlement Agreement;

**WHEREAS** Defendant indicated it does not oppose the Motion for Leave to File Third Amended Complaint and further that it will file its own memorandum in support of the Motion for Preliminary Approval;

**WHEREAS** this case has been settled and stayed for over one year during the Ninth Circuit's *en banc* review of its decision in *In re Hyundai and Kia Fuel Economy Litigation*; and

**WHEREAS** the Settling Parties now seek to resolve the lawsuit in an expeditious and mutually beneficial manner.

**NOW THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED TO** by and between the Settling Parties that the Court advance the date of the hearings on Plaintiff's unopposed Motion for Preliminary Approval and unopposed Motion for Leave to File Third

Amended Complaint to **Thursday, July 18, 2019** at 9:00 a.m., or as soon as practicable for the Court.

**SO STIPULATED.**

Dated: July 8, 2019                    KASDAN LIPPSMITH WEBER TURNER LLP

By:   /s/ Graham B. LippSmith
      KENNETH S. KASDAN
      GRAHAM B. LIPPSMITH
      CELENE CHAN ANDREWS
      JACLYN L. ANDERSON
      FRANK A. PEREZ
      *Attorneys for Plaintiff and the Proposed Class*

Dated: July 8, 2019                    WHEELER TRIGG O'DONNELL LLP

By:   /s/ Andrew M. Unthank
      ANDREW M. UNTHANK
      *Attorneys for Defendant*

**APPROVED AND SO ORDERED:**

DATED: _____.

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the accompanying **JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFYING PROVISIONAL SETTLEMENT CLASS, APPOINTING SETTLEMENT CLASS COUNSEL, SETTING HEARING ON FINAL APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** has been obtained.

  */s/ Graham B. LippSmith*
  GRAHAM B. LIPPSMITH

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I electronically filed the **JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFYING PROVISIONAL SETTLEMENT CLASS, APPOINTING SETTLEMENT CLASS COUNSEL, SETTING HEARING ON FINAL APPROVAL OF SETTLEMENT, AND DIRECTING NOTICE TO THE CLASS AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service.

*/s/ Graham B. LippSmith*
GRAHAM B. LIPPSMITH