UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CORZINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION, a Delaware corporation; WHIRLPOOL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:15-cv-05764-BLF<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO SEND CLAIM DEFICIENCY AND DENIAL NOTICES BY EMAIL<br><br>Judge: Beth L. Freeman<br>Courtroom: 3 |

This matter comes before the Court on the parties' Joint Status Report Regarding Claim of Angela Oswalt (ECF No. 141) and Stipulation to Send Claim Deficiency and Denial Notices by Email.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Settlement Administrator may send notice of claim deficiencies and denials by email to those Class Members who have previously provided email addresses to the Settlement Administrator. Notice of claim deficiencies and denials shall be sent by U.S. Mail to those Class Members who did not previously provide email addresses and for whom email notice is unsuccessful.

**IT IS SO ORDERED.**

Dated: __July 29__, 2021

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge